EXHIBIT "A"

| Page 1 of 5 | Concept Special Risks Ltd | www.special-risks.co.uk |
|---|---|---|

# Application Form

| ASSURED'S NAME:<br>Rental boat corp   Clarisa Bersi | ASSURED'S NATIONALITY:<br>USA | ASSURED'S STATE OF RESIDENCE:<br>FL |
|---|---|---|

**FULL MAILING ADDRESS (including ZIP/Post Code where available).  IF COMPANY PROVIDE REGISTERED ADDRESS**
3517 Derby LN Weston,FL 33331

**BENEFICIAL OWNER (this should be completed if vessel is insured in a company name or if the beneficial owner of the vessel is someone other than the Named Assured):**   Rental Boat Corp

| EFFECTIVE DATE FROM:   ( mm/dd/yy) 04/01/2018 | TO:       (mm/dd/yy)   04/01/2019 | 0.01hrs LST |
|---|---|---|

| VESSEL NAME:   When in Rome | HULL ID:   MAQE2035C910 | LENGTH OVERALL:<br>50 |
|---|---|---|
| MANUFACTURER/MODEL: | YEAR BUILT:   2010 | MODEL YEAR:   2010 |
| PURCHASE PRICE:   400,000 | DATE OF PURCHASE:   2018 | PRESENT VALUE:   400,000 |
| MAXIMUM SPEED:   45 MPH | VESSEL REGISTERED:   FL | VESSEL FLAG:   USA |

**COVERAGES WILL NOT BE PROVIDED UNLESS REQUESTED HEREUNDER**

| COVERAGES | LIMIT (US Dollar) |
|---|---|
| HULL PHYSICAL DAMAGE | 400,000 |
| TENDER/DINGHY | 0 |
| MEDICAL PAYMENTS (maximum ($50,000) | 25,000 |
| PERSONAL PROPERTY | |
| TRAILER | 0 |
| BREACH OF WARRANTY (APPLICABLE LOSS PAYEE MUST BE DETAILED ON PAGE 4) | |
| THIRD PARTY LIABILITY | 1000,000 |
| LIABILITY TO PAID CREW | 1000,000 |
| COMMERCIAL PASSENGER LIABILITY | 1000,000 |
| UNINSURED BOATERS (minimum $100,000) | 500,000 |
| NON-EMERGENCY TOWING | 500 |
| OTHER (please specify) | |

**PLEASE TICK THE APPROPRIATE BOXES**

| PRIMARY POWER | SAIL | | TYPE OF VESSEL | | SAILBOAT | |
|---|---|---|---|---|---|---|
| | OUTBOARD | | | | MOTOR YACHT | |
| | INBOARD | X | | | SPORTSFISHER | |
| HULL MATERIAL: | FIBREGLASS | X | | | HOUSEBOAT | |
| | WOOD | | | | CATAMARAN | |
| | KEVLAR | | | | OTHER (give details) | |
| | CARBONFIBRE | | LAST SURVEYED (mm/dd/yy) | | ASHORE OR AFLOAT | |
| | FERROCEMENT | | | | | |
| | METAL | | | | | |

**VESSEL ENGINE/OUTBOARD DETAILS**

| | HP | MANUFACTURER | FUEL | YEAR | SERIAL NO# |
|---|---|---|---|---|---|
| #1 | 370 | VOLVO PENTA | DIESEL | 2010 | TBA |
| #2 | 370<br>370 | VOLVO PENTA<br>VOLVO PENTA | DIESEL | 2010 | TBA |

| | DATE PURCHASED | PURCHASE PRICE | PRESENT VALUE |
|---|---|---|---|
| #1 | 2018 | 2010 | |
| #2 | | | |

CSR/APP/1

RBC_UF(167562)000104

**TENDER/DINGHY INFORMATION**

| MANUFACTURER | YEAR | HULL ID/SERIAL NUMBER | LENGTH |
|---|---|---|---|
|  |  |  |  |

**TENDER/DINGHY ENGINE/OUTBOARD DETAILS**

| MANUFACTURER | HP | SERIAL NUMBER |
|---|---|---|
|  |  |  |

**TRAILER INFORMATION**

| MANUFACTURER | YEAR BUILT | DATE PURCHASED | PURCHASE PRICE | PRESENT VALUE | SERIAL NUMBER |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

PRIMARY MOORING LOCATION OF VESSEL (INCLUDING ZIP/POST CODE WHERE AVAILABLE) BETWEEN JULY 1ST – NOV 1ST
PLEASE SPECIFY WHETHER VESSEL WILL BE ASHORE/AFLOAT (MOORED)/OR ON A HOIST. IF YOU ARE UNABLE TO PROVIDE A ZIP/POST CODE, PLEASE ADVISE LONGITUDE & LATITUDE.

RICKENBACKER MARINA  33149

PLEASE ADVISE IF THIS VESSEL IS FITTED WITH MANUFACTURER RECOMMENDED FIRE PREVENTION/EXTINGUISHING EQUIPMENT (if no provide explanation):
(YES)          NO

PLEASE DETAIL ANY ANTI-THEFT PRECAUTIONS WHICH ARE IN PLACE

GPS

ALL WATERS TO BE NAVIGATED DURING THIS POLICY PERIOD (YOU MAY ATTACH AN ITINERARY)

ALL FLORIDA    Bimini and Bahamas

WILL THE VESSEL BE LAID UP (OUT OF USE) DURING THIS POLICY PERIOD – IF SO DETAIL EXACT DATES, LOCATION AND ADVISE WHETHER ASHORE OR AFLOAT.

**GENERAL INFORMATION**

| # |  |  |  |  |
|---|---|---|---|---|
| 1 | IS THIS VESSEL USED FOR FARE PAYING PASSENGERS? | YES | (NO) | IF YES, NUMBER OF PASSENGERS PER TRIP<br>MAXIMUM:  AVERAGE:<br>NUMBER OF TRIPS PER YEAR<br>MAXIMUM:  AVERAGE: |
| 2 | IS THIS VESSEL CHARTERED TO OTHERS WITH A CAPTAIN? | (YES) | NO | IF YES, COMPLETE CAPTAIN CHARTER SUPPLEMENTARY SHEET |
| 3 | DOES THIS APPLICANT EMPLOY PAID CREW | YES | (NO) | IF YES, HOW MANY? |
| 4 | IS THIS VESSEL CHARTERED TO OTHERS WITHOUT A CAPTAIN (BAREBOAT)? | YES | (NO) | IF YES, COMPLETE BAREBOAT CHARTER SUPPLEMENTARY SHEET |
| 5 | IS THIS VESSEL USED FOR WATERSKIING OR DIVEBOAT CHARTER? | YES | (NO) | IF YES, PROVIDE DETAILS |
| 6 | IS THIS VESSEL USED FOR ANY OTHER COMMERCIAL OR BUSINESS PURPOSES? | YES | (NO) | IF YES, PROVIDE DETAILS |

**CSR/APP/1**

RBC_UF(167562)000105

**Concept Special Risks Ltd** www.special-risks.co.uk

| # | GENERAL INFORMATION CONTINUED | | | | |
|---|---|---|---|---|---|
| 7 | WILL THIS VESSEL BE OPEATED SINGLE HANDEDLY AT NIGHT? | YES | (NO) | IF YES, ADVISE WHEN, WHERE AND HOW OFTEN? | |
| 8 | DOES ANYONE RESIDE ABOARD THE VESSEL | YES | NO | IF YES, FOR HOW LONG DURING THE POLICY PERIOD? | |
| 9 | WILL THIS VESSEL PARTICIPATE IN ANY RACES/REGATTAS/RALLYS/SPEED TRIALS DURING THIS POLICY PERIOD? | YES | (NO) | IF YES, COMPLETE RACING SUPPLEMENTARY SHEET | |
| 10 | WAS ANY INSURANCE DECLINED, CANCELLED OR NON-RENEWED IN THE LAST 5 YEARS? | YES | (NO) | IF YES, PROVIDE DETAILS | |
| 11 | HAVE YOU OR ANY NAMED OPERATOR BEEN INVOLVED IN A LOSS IN THE LAST 10 YEARS (INSURED OR NOT) | YES | (NO) | IF YES, PROVIDE DETAILS | |
| 12 | HAVE YOU OR ANY NAMED OPERATED BEEN CONVICTED OF A CRIMINAL OFFENCE OR PLEADED NO CONTEST TO A CRIMINAL ACTION? | YES | (NO) | IF YES, PROVIDE DETAILS | |

**ALL OPERATORS MUST BE DETAILED – IF THERE ARE MORE THAN TWO OPERATORS PLEASE REQUEST ADDITIONAL OPERATOR SHEETS**

| No. | Full Name | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
|---|---|---|---|
| 1 | Luis Campoo | 06/02/1971 | none |
| | | **Years of Boat Ownership** | **Years of Boating Experience** |
| | License | 12 years | 14 years |
| | tba | **Boating Qualifications (for example USCG 100Ton)** | |
| | | usccg and Captain license | |
| | | **Lengths and Manufacturers of Vessels previously owned or operated** | |
| | | 2006-2018 Searay Sundancer 36.7 " | |
| | | **Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details and amounts paid:** | |
| | | None | |
| | | **Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details** | |
| | | None | |

| 2 | Full Name | Date of Birth (mm/dd/yy) | Violations/Suspensions (including Auto) in the last 5 years |
|---|---|---|---|
| | Esteban | 05/17/1972 | None |
| | | **Years of Boat Ownership** | **Years of Boating Experience** |
| | Iriarte | 11 Years | 25 Years |
| | | **Boating Qualifications (for example USCG 100Ton)** | |
| | | None | |
| | | **Lengths and Manufacturers of Vessels previously owned or operated** | |
| | | Searay 36 " Operated 2017-2018 ,Monterey 270 27 " 2011-2015 Owned ,Picoul ( Custom boat ) | |
| | | **Have you been involved in a Loss in the last 10 years (insured or not)? If YES, please give details and amounts paid:** | |
| | | 36 " 1993-1998           None | |
| | | **Have you ever been convicted of a criminal offence or pleaded no contest? If YES, please give details** | |
| | | None | |

**WARNING: THIS IS A NAMED OPERATOR ONLY POLICY**

**CSR/APP/1**

---

**LOSS PAYEE(S)  (PLEASE PROVIDE NAME AND FULL MAILING ADDRESS):**

TBA

**ADDITIONAL ASSURED'S REQUIRED – (PLEASE PROVIDE NAME, FULL MAILING ADDRESS AND  REASON FOR REQUEST)**

TBA

---

**PLEASE READ BEFORE SIGNING APPLICATION**

1. This application will be incorporated in its entirety into any relevant policy of insurance where insurers have relied upon the information contained therein.
2. Any misrepresentation in this application for insurance may render insurance coverage null and void from inception.  Please therefore check to make sure that all questions have been fully answered and that all facts material to your insurance have been disclosed, if necessary by a supplement to the application.
3. Fraud Statement – please see page 5 of this application form & initial the paragraph relevant to you to indicate that you have read and understood this.

| ASSURED SIGNATURE: | PRINT NAME  AND  STATE YOUR CONNECTION TO THIS POLICY IF YOU ARE NOT THE NAMED ASSURED/BENEFICIAL OWNER | SIGNATURE DATE: |
|---|---|---|
| *[signature]* | ESTEBAN   IRIARTE | 4/33/38 |

**PRODUCING BROKER**

**BROKER USE ONLY:**

PLEASE PROVIDE SURPLUS LINES TAX FILING INFORMATION OR ADVISE IF NOT APPLICABLE (LICENSE NUMBER WILL SUFFICE):

**CSR/APP/1**

RBC_UF(167562)000107