EXHIBIT "C"

**Concept Special Risks Ltd**     www.special-risks.co.uk

## Letter of Survey Recommendations Compliance

**Assured Name:** Rental Boat Corp

**Assured Address:** 3517 Derby ln Weston, FL 33331

**Policy Number:** tba

**Surveyor and Date of Survey:** 03/29/2018

**Vessel:** When in Rome

I certify, as owner of the above vessel, that all recommendations pertaining to the above vessel contained within the detailed survey submitted herein, have been complied with., other than those listed below, along with the date of expected completion (please reference the recommendation number as detailed on the survey where appropriate);

| Outstanding Recommendation (s) | Expected Completion Date |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Details of Boat Yard or Repair Facility Employed:**

**Contact:** N/A

**Address:**

**WARNING:**

Any misrepresentation in this letter of compliance may render insurance coverage null and void from inception.

**Assured Signature:** [signature]

**Date:** 4/23/18

CSR/LOC/1

RBC_UF(167562)000094