EXHIBIT "D"



# Policy Schedule

| | |
|---|---|
| **Policy Number:** | CSRYP/167562 |
| **Assured:** | Rental Boat Corp |
| **Assured's Address:** | 3517 Derby Lnb<br>Weston<br>FL 33331<br>USA |
| **Assured's Agent:** | Hull & Company - Fort Lauderdale<br>1815 Griffin Rd, Suite 300<br>Dania Beach<br>FL 33004 |
| **Scheduled Vessel:** | When in Rome, 2010 50' Marquis with Volvo Triple 370hp diesel engine, MAQE2035C910 |
| **Period of Cover:** | from April 13, 2018 00.01 LST to April 13, 2019 00.01 LST |

**Cover and Respective Insured Limits:**

| Section | Sum Insured | Deductible |
|---|---|---|
| A  Hull | US$ 400,000 | US$ 8,000 |
| (Named Windstorm Deductible) | | US$ 16,000 |
| Non-Emergency Towing | US$ 500 | not applicable |
| B  Third-Party Liability CSL | US$ 1,000,000 | US$ 2,500 |
| Commercial Passenger Liability Extension within CSL | US$ 1,000,000 | US$ 2,500 |
| C  Medical Payments | US$ 25,000 | US$ 100 |
| D  Uninsured Boaters | US$ 400,000 | not applicable |
| E  Trailer | not covered | not applicable |
| F  Personal Property | not covered | not applicable |

| | |
|---|---|
| **Total Premium:** | US$ 7,784 cancelling returns only + US$ 35 Certificate Fee<br><br>In the event of cancellation by the Assured minimum of 25% of premium deemed earned. |
| **Named Operators:** | Luis Campoo; Esteban Iriarte; Walter Lawrence Cryan |
| **Laid Up Period:** | None |
| **Navigational Limits:** | Warranted that the Scheduled Vessel is confined to Florida and the Bahamas - not to exceed 150 miles offshore. |

Concept Special Risks Ltd
+44 (0) 1943 882 700 · www.special-risks.com
Unity House · 2 Station Court · Station Road · Guiseley · LEEDS · LS20 8EY · United Kingdom

RBC_UF(167562)000197

Policy Schedule CSRYP/167562 page 2                                          Concept Special Risks Ltd

**Insuring Agreement Wording:**
As per SYP/8/COM. Amended to include Captain Charter with liability to maximum six passengers within Combined Single Limit. Excluding liability to paid crew. Additional Assured noted as per schedule below.

**Additional Warranties, Terms and Conditions:**
Warranted that the Scheduled Vessel is not to navigate south of the Tropic of Cancer July 1st to November 1st.
Warranted that the Scheduled Vessel does not exceed more than ninety charter days per policy period.
Warranted that Esteban Iriarte is fully supervised by Luis Campoo at all times whilst operating the Scheduled Vessel.
Warranted no known or reported losses as at 17th April 2018.
Warranted that the Scheduled Vessel is operated by a professional, licensed captain at all times whilst operating as charter
Marina Additional Assured Clause.

**Insurance Provider:**   Great Lakes Insurance SE
**Loss Payee:**   Assured
**Signed:**   Wednesday May 16, 2018

For and on behalf of Participating Underwriters/Insurers

Surplus lines insurers' policy rates and forms are not approved by any Florida regulatory agency.

For more information regarding Concept Special Risks Ltd, policy wordings, endorsement wordings, standard forms and frequently asked questions, please see our website www.special-risks.com.

**Schedule of Additional Assureds:**
1 Rickenbacker Marina, 3301 Rickenbacker Cswy, Key Biscayne, FL 33149

RBC_UF(167562)000198