EXHIBIT "E"



# Renewal Questionnaire

| | |
|---|---|
| **Quote Number:** | 400091B |
| **Previous Policy:** | CSRYP/167562 |
| **Next Policy Period:** | April 13, 2019 to April 13, 2020 |
| **Assured:** | Rental Boat Corp |
| **Assured's Address:** | 3517 Derby Lnb, Weston, FL 33331, USA |
| **Scheduled Vessel:** | When in Rome, 2010 50' Marquis with Volvo Triple 370hp diesel engine, MAQE2035C910 |

**Cover and Respective Insured Limits:**

| Section | Expiring Coverage | Currently Quoted Coverage | Revised Coverage |
|---|---|---|---|
| **A Hull** | US$ 400,000 | US$ 400,000 | |
| Hull Deductible | US$ 8,000 | US$ 8,000 | |
| Tender/Dinghy | not covered | not covered | |
| Non-Emergency Towing | US$ 500 | US$ 500 | |
| Breach of Warranty | not covered | not covered | |
| **B Third-Party Liability** CSL | US$ 1,000,000 | US$ 1,000,000 | |
| Crew Liability Extension within CSL | not covered | US$ 1,000,000 | |
| Commercial Passenger Liability Extension within CSL | US$ 1,000,000 | US$ 1,000,000 | |
| Limited Pollution Extension within CSL | US$ 50,000 | US$ 1,000,000 | |
| **C Medical Payments** | US$ 25,000 | US$ 25,000 | |
| **D Uninsured Boaters** | US$ 400,000 | US$ 400,000 | |
| E Trailer | not covered | not covered | |
| **F Personal Property** | not covered | not covered | |
| Other (Please specify) | | | |

**Concept Special Risks Ltd**
+44 (0) 1943 882 700  •  www.special-risks.com
Unity House  •  2 Station Court  •  Station Road  •  Guiseley  •  LEEDS  •  LS20 8EY  •  United Kingdom

RBC_UF000099

Renewal Questionnaire • Concept Special Risks

2

| | |
|---|---|
| **Residence:** | Will your vessel be your full-time residence during the next policy period? |
| | **Yes / No** |
| **Surveys:** | Your next survey is due on **April 13, 2021** and should be performed **out of the water** (hauled). |
| **Navigational Limits:** | Warranted that the Scheduled Vessel is confined to **Florida and the Bahamas - not to exceed 150 miles offshore**. |
| | If you require different navigational limits to these, please detail here or attach an itinerary. |
| **Hurricane Mooring:** | Your vessel mooring location during July 1st to November 1st is currently declared as **Rickenbacker Marina, 3301 Rickenbacker Cswy, Key Biscayne, FL 33149-1016, USA, 25.740467 -80.169629**. If this is incorrect please detail below, providing the full address, ZIP/postal code and longitude/latitude readings of the new mooring location: |
| | Will your vessel will be afloat or ashore during the hurricane season? |
| | **Afloat / Ashore** |
| **Loss Payees:** | Your previous policy had the following loss payees: Assured. If you need any additional loss payees, please name them here: |
| **Operators:** | The four individuals detailed on the following pages are approved by us to operate the Scheduled Vessel. |
| | Please ensure all persons (including captains and crew) operating the vessel during the policy period are listed in the following pages, and that all details are complete, accurate and up to date. Delete any operator no longer required. |
| | **Warning: This is a named-operator-only policy.** |

Renewal Questionnaire • Concept Special Risks

3

**Operator 1:** Please ensure the details provided for **Luis Campoo** are complete, accurate and up to date. If you are unsure what information to provide, please contact your broker who will be able to assist you. If Luis Campoo no longer operates the Scheduled Vessel, please cross out the table below.

| Name | Luis Campoo |
|---|---|
| Date of birth | June 2, 1971 |
| State of residence | TBD |
| Years of boat ownership | 12 |
| Years of boating experience | 14 |
| **Violations and suspensions (including auto) in the last five years** ||
| None ||
| **Boating qualifications for which a valid licence is held** ||
| USCG 100 Ton license ||
| **Details of previous vessels owned and/or operated** ||
| OPERATED<br>51' Leopard<br>50' Ocean<br>48' J Boat<br>62' Blue water<br>50' Beneteau ||
| **All losses in the past 10 years (whether insured or not), including payment amounts and current status** ||
| *Example: 2005, Hurricane Loss, $20,000 Paid, Closed*<br>None ||
| **Details of all criminal convictions and pleas of no contest** ||
| None ||

Renewal Questionnaire • Concept Special Risks

**Operator 2:** Please ensure the details provided for **Esteban Iriarte** are complete, accurate and up to date. If you are unsure what information to provide, please contact your broker who will be able to assist you. If Esteban Iriarte no longer operates the Scheduled Vessel, please cross out the table below.

| Name | Esteban Iriarte |
|---|---|
| Date of birth | May 17, 1972 |
| State of residence | TBD |
| Years of boat ownership | 11 |
| Years of boating experience | 25 |
| **Violations and suspensions (including auto) in the last five years** <br> None | |
| **Boating qualifications for which a valid licence is held** <br> *Example: USCG 100 Ton Licence* <br> None | |
| **Details of previous vessels owned and/or operated** <br> 36' Sea Ray <br> OPERATED <br> 27' Monterey | |
| **All losses in the past 10 years (whether insured or not), including payment amounts and current status** <br> *Example: 2005, Hurricane Loss, $20,000 Paid, Closed* <br> None | |
| **Details of all criminal convictions and pleas of no contest** <br> None | |

Renewal Questionnaire • Concept Special Risks

5

**Operator 3:** Please ensure the details provided for **Walter Lawrence Cryan** are complete, accurate and up to date. If you are unsure what information to provide, please contact your broker who will be able to assist you. If Walter Lawrence Cryan no longer operates the Scheduled Vessel, please cross out the table below.

| Name | Walter Lawrence Cryan |
|---|---|
| Date of birth | May 10, 1956 |
| State of residence | TBD |
| Years of boat ownership | 0 |
| Years of boating experience | 30 |
| **Violations and suspensions (including auto) in the last five years** ||
| None ||
| **Boating qualifications for which a valid licence is held** ||
| USCG 200 Ton license ||
| **Details of previous vessels owned and/or operated** ||
| OPERATED<br>72' Mangusta<br>66' Feretti<br>70' Azimut ||
| **All losses in the past 10 years (whether insured or not), including payment amounts and current status** ||
| *Example: 2005, Hurricane Loss, $20,000 Paid, Closed*<br>None ||
| **Details of all criminal convictions and pleas of no contest** ||
| None ||

Renewal Questionnaire • Concept Special Risks

6

**Operator 4:**   Please ensure the details provided for **Larry Cryan** are complete, accurate and up to date. If you are unsure what information to provide, please contact your broker who will be able to assist you. If Larry Cryan no longer operates the Scheduled Vessel, please cross out the table below.

| Name | Larry Cryan |
|---|---|
| Date of birth | May 10, 1956 |
| State of residence | TBD |
| Years of boat ownership | 0 |
| Years of boating experience | 30 |
| **Violations and suspensions (including auto) in the last five years** ||
| None ||
| **Boating qualifications for which a valid licence is held** ||
| USCG Captains License 200 Ton Master<br>STCW 95<br>Radar Observer Unlimited Oceans, ARPA<br>Advanced Firefighting<br>Able Seaman<br>Proficiency in Survival Craft and Lifeboats<br>Bridge Resource Management<br>Certified Scuba Diver NASDS Advanced<br>Certified Emergency Medical Technician (expired) ||
| **Details of previous vessels owned and/or operated** ||
| 72' Hatteras<br>66' Ferreti<br>70' Azimut<br>88' Ferreti<br>68' Ferreti<br>50' Bertram<br>70' Hatteras ||
| **All losses in the past 10 years (whether insured or not), including payment amounts and current status** ||
| *Example: 2005, Hurricane Loss, $20,000 Paid, Closed*<br>None ||
| **Details of all criminal convictions and pleas of no contest** ||
| None ||

RBC_UF000104

**Operator 5:**  Below you may add an additional operator for approval by our underwriters. If you wish to add several operators, please print and submit as many copies of this page as required.

| |
|---|
| **Name** |
| **Date of birth** |
| **State of residence** |
| **Years of boat ownership** |
| **Years of boating experience** |
| **Violations and suspensions (including auto) in the last five years** |
| **Boating qualifications for which a valid licence is held**<br>*Example: USCG 100 Ton Licence* |
| **Details of previous vessels owned and/or operated**<br>*Example: 2005 40 ft Whitby Ketch, owned for 6 years* |
| **All losses in the past 10 years (whether insured or not), including payment amounts and current status**<br>*Example: 2005, Hurricane Loss, $20,000 Paid, Closed* |
| **Details of all criminal convictions and pleas of no contest** |

Renewal Questionnaire • Concept Special Risks                                                                 8

**Other Changes:** When quoting your renewal, we have assumed that there have been no changes to your policy during the current policy period. If there are any other changes since your original application form was submitted to us, please give details below. If you are unsure whether any change might have an influence upon the quotation that we have provided you with, please contact your broker for advice.

**Misrepresentations:** Any misrepresentation in this renewal questionnaire will render insurance coverage null and void from inception. Please therefore check to make sure that all questions have been fully answered and that all facts material to your insurance have been disclosed, if necessary by a supplement to this questionnaire.

**Assured's Signature:** *Esteban C Iriarte*

**Print Name:** Esteban C Iriarte

**Date of Completion:** 04/11/2019

For more information regarding Concept Special Risks Ltd, policy wordings, endorsement wordings, standard forms and frequently asked questions, please see our website www.special-risks.com.