**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **RENTAL BOAT CORP.**, )<br>)<br>     Plaintiff,     )<br>                                )   Case. No. 0:20-cv-60352-CMA<br>v.                              )<br>                                )<br>**GREAT LAKES INSURANCE SE**   )<br>                                )<br>     Defendant.    )<br>_____ ) | |

## DEFENDANT'S NOTICE OF APPEAL PURSUANT TO 28 U.S.C. §1292(a)(3)

COMES NOW the Defendant, GREAT LAKES INSURANCE SE, by and through its undersigned attorneys, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida, and for its Notice of Appeal, respectfully states as follows:

Notice is given that Defendant GREAT LAKES INSURANCE SE hereby files this, its notice of interlocutory appeal to the United States Court of Appeals for the Eleventh Circuit, from the non-final summary judgment decision of the District Court which determined the rights and liabilities of the parties, entered in this action on the 30th of November 2020. ECF No. 43. This non-final order by the District Court was rendered by the District Court while sitting in admiralty. ECF No. 1, p. 1 and ECF No. 6, p. 5.

Pursuant to the provisions of 28 U.S.C. §1292(a)(3), the Defendant has the right to appeal the aforementioned non-final order due to its undermining of the Defendant's rights under the subject policy of marine insurance, Policy No. CSRYP/175020. ECF No. 43.

Defendant GREAT LAKES INSURANCE SE appeals the District Court's misapplication of the federal admiralty doctrine requiring strict construction of express warranties in marine

1

insurance policies to the express warranty in the present case which required that all vessel operators be "fully supervised… at all times."  ECF No. 43, p. 2.

**WHEREFORE**, the Defendant, GREAT LAKES INSURANCE SE, respectfully notifies this Honorable Court that, pursuant to 28 U.S.C. §1292(a)(3), it intends to file an appeal to the United States Court of Appeals for the Eleventh Circuit from the non-final order of the United States District Court for the Southern District of Florida holding that Plaintiff RENTAL BOAT CORP. did not breach the express warranty at issue.  ECF No. 43.

Dated:  December 10, 2020
    Fort Lauderdale, Florida

>                             Respectfully submitted,
>
>                             GOLDMAN & HELLMAN
>                             *Attorneys for Defendant*
>                             8751 W. Broward Boulevard
>                             Suite 404
>                             Fort Lauderdale, FL 33324
>                             Tel (954) 356-0460
>                             Fax (954) 832-0878
>
>                             By: /s/ Steven E. Goldman
>                             STEVEN E. GOLDMAN, ESQ.
>                             FLA. BAR. NO. 345210

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic Notice of Filing to all counsel of record.

Respectfully submitted,

GOLDMAN & HELLMAN
*Attorneys for Defendant*
8751 W. Broward Boulevard
Suite 404
Fort Lauderdale, FL 33324
Tel (954) 356-0460
Fax (954) 832-0878

By: /s/ Steven E. Goldman
STEVEN E. GOLDMAN, ESQ.
FLA. BAR. NO. 345210